

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2017

No. 04-16-00808-CV

**PERIDOT JOINT VENTURE**, Millennium Exploration Company, LLC and Richard Monroy,
Appellants

v.

**RPH CAPITAL PARTNERS, L.P.,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17142
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On June 23, 2016, appellee filed an "Opposed Motion to Dismiss Restricted Appeal as Moot, or in the Alternative, Unopposed Motion to Abate Restricted Appeal." In the motion, appellee advises this court that "[t]he fundamental issue at the heart of the Restricted Appeal and Mandamus Proceeding is whether the Trial Court's December 2015 Default Judgment is valid and enforceable," and it "intends to file a Petition for Writ of Mandamus in the Texas Supreme Court," which may potentially restore the December 2015 default judgment . We further note that on August 25, 2017, a petition for writ of mandamus has been filed in the Texas Supreme Court.

Based on the foregoing, we **GRANT** the agreed motion to abate and **ORDER** this appeal abated pending final resolution of any action relating to Cause No. 04-16-00424-CV, *In re RPH Capital Partners, LP*, including appellant's filing of a petition for writ of mandamus. We further **ORDER** the parties to notify this court when the resolution of the pending petition is finally resolved.

All other deadlines are suspended pending further order of this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2017.



KEITH E. HOTTLE,
Clerk of Court